# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reade, Linda R. | District Court ND Iowa | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
111 7th Ave SE
Cedar Rapids, IA 52401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to recieve the benefits (February 2013) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Bradshaw Fowler Proctor & Fairgrave, PC - professional fees |
| 2. | 01/16/2012 | Interest on Loan to Friend |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | L | T | | | | | |
| 2. Liberty Bank Account | | None | | | Closed | 01/20/12 | J | A | |
| 3. CSCO Stock | A | Dividend | J | T | | | | | |
| 4. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 5. Deferred Comp Plan | A | Int./Div. | J | T | | | | | |
| 6. -Stock Index Fund-Valic | | None | | | | | | | |
| 7. -Science & Technology Fund-Valic | | None | | | | | | | |
| 8. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 9. -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 10. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 11. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 12. -Schwab Money Market Fund | | | | | | | | | |
| 13. -Access (ACCP) | | | | | | | | | |
| 14. -Altria Group, Inc (MO) | | | | | | | | | |
| 15. -Amedisys Inc.(AMED) | | | | | | | | | |
| 16. -Ameriprise Financial (AMP) | | | | | | | | | |
| 17. -Annaly Capital Mgmt Reit (NLY) | | | | | Buy (add'l) | 04/13/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 10/15/12 | K | | |
| 19. -Apple (APPL) | | | | | Buy (add'l) | 12/27/12 | K | | |
| 20. -Arm Holdings (ARMH) | | | | | Sold (part) | 11/21/12 | K | | |
| 21. -Bank of Am Corp (BAC) | | | | | | | | | |
| 22. -Barclays Bank (VXX) | | | | | Buy | 02/09/12 | J | | |
| 23. | | | | | Sold | 02/10/12 | J | | |
| 24. | | | | | Buy | 02/17/12 | J | | |
| 25. -Barrick Gold Corp (ABX) | | | | | Buy (add'l) | 03/02/12 | K | | |
| 26. -Berkshire Hathaway | | | | | | | | | |
| 27. -Blackrock Health Sciences Fund (SHSAX) | | | | | | | | | |
| 28. -Borg Warner Inc (BWA) | | | | | Sold (part) | 01/19/12 | K | | |
| 29. | | | | | Sold | 04/02/12 | K | | |
| 30. -BP PLC (BP) | | | | | Sold | 02/17/12 | K | | |
| 31. -Canadian Oil (COSWF) | | | | | | | | | |
| 32. -Centerpoint Energy (CNP) | | | | | Sold | 09/06/12 | K | | |
| 33. -Citigroup Inc (C) | | | | | | | | | |
| 34. -CVS Caremark Corp (CV) | | | | | Sold | 02/28/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Cleanpath Resources (CLNP) | | | | | | | | | |
| 36.  -CocaCola (CCE) | | | | | Buy | 03/30/12 | K | | |
| 37. | | | | | Sold | 09/13/12 | K | | |
| 38.  -Dana Holding (DAN) | | | | | Buy | 02/13/12 | K | | |
| 39.  -Deere (DE) | | | | | | | | | |
| 40.  -Dell Inc (Dell) | | | | | Buy | 02/21/12 | K | | |
| 41.  -Dendreon Corp (DNDN) | | | | | | | | | |
| 42.  -Donnelley (RRD) | | | | | Buy | 03/02/12 | J | | |
| 43. | | | | | Buy (add'l) | 11/20/12 | J | | |
| 44.  -DuPont (DD) | | | | | | | | | |
| 45.  -EMC | | | | | | | | | |
| 46.  -Exxon Mobile (XOM) | | | | | | | | | |
| 47.  -Ford Motor Co (F) | | | | | | | | | |
| 48.  -General Electric Co (GE) | | | | | | | | | |
| 49.  -General Growth (GGP) | | | | | Sold | 01/20/12 | J | | |
| 50.  -Goldman Sachs Group Inc(GS) | | | | | | | | | |
| 51.  -Google (GOOG) | | | | | Buy | 10/18/12 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Guidewire (GWRE) | | | | | Buy | 01/26/12 | K | | |
| 53. | | | | | Buy | 07/23/12 | K | | |
| 54. | | | | | Sold (part) | 09/27/12 | K | | |
| 55. -IShares MSCI Australia Index Fund (EWA) | | | | | | | | | |
| 56. -Inergy (NRGY) | | | | | | | | | |
| 57. -JP Morgan Chase (JPM) | | | | | Sold (part) | 08/21/12 | K | | |
| 58. -Jabil Circuit (JBI) | | | | | | | | | |
| 59. -Johnson Controls(JCI) | | | | | | | | | |
| 60. -Lions Gate Entmet (LGF) | | | | | Buy | 03/26/12 | J | | |
| 61. | | | | | Sold | 09/06/12 | J | | |
| 62. -LSI Corp (LSI) | | | | | Buy | 04/26/12 | K | | |
| 63. -Manulife Finan (MFC) | | | | | | | | | |
| 64. -Marathon Oil (MRO) | | | | | Sold | 01/23/12 | K | | |
| 65. -Matthews Pacific Tiger Fund | | | | | | | | | |
| 66. -Metlife (MET) | | | | | | | | | |
| 67. -Microsoft (MSFT) | | | | | | | | | |
| 68. -NVIDIA (NVDA) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Paragon Shipppng (PRGN) | | | | | | | | | |
| 70. -Pembina Pipeline (PBA) | | | | | Spinoff (from line 78) | 03/02/12 | K | | |
| 71. -Pepsico Inc (PEP) | | | | | Sold | 03/14/12 | K | | |
| 72. -Petroleo Brasileiro(PBR) | | | | | | | | | |
| 73. -Pfizer (PFE) | | | | | | | | | |
| 74. -Pimco (PTY) | | | | | | | | | |
| 75. -Potash Corp (POT) | | | | | Buy (add'l) | 03/12/12 | J | | |
| 76. -Principal Financial (PFG) | | | | | | | | | |
| 77. -Proctor & Gamble (PG) | | | | | | | | | |
| 78. -Provident Energy T (PVX) | | | | | Sold | 03/20/12 | K | | |
| 79. -Quanta Services Inc (PWR) | | | | | Sold (part) | 09/27/12 | J | | |
| 80. -Reliance Steel & Aluminum(RS) | | | | | Sold | 03/12/12 | K | | |
| 81. -Renhe Commercial Hldg (RNHEF) | | | | | | | | | |
| 82. -Rosetta Resources (ROSE) | | | | | Sold | 01/27/12 | K | | |
| 83. -Rouse PPTYS (RSE) | | | | | Spinoff (from line 49) | 01/13/12 | J | | |
| 84. | | | | | Sold | 07/27/12 | J | | |
| 85. -Royal Dutch Shell (RDSA) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Safe Bulkers (SB) | | | | | | | | | |
| 87. -Seagate Technology (STX) | | | | | | | | | |
| 88. -Siemens AG (SI) | | | | | | | | | |
| 89. -Suburban Propane (SPH) | | | | | Spinoff (from line 56) | 09/14/12 | J | | |
| 90. -Suntech Power (STP) | | | | | | | | | |
| 91. -Telecom Argentina SA (TCMFF) | | | | | | | | | |
| 92. -Tesoro Corp | | | | | Sold | 09/27/12 | J | | |
| 93. -Teva Pharm Inds, LTd (TEVA) | | | | | | | | | |
| 94. -Time Warner (TWX) | | | | | | | | | |
| 95. -Time Warner Cable (TWC) | | | | | | | | | |
| 96. -Total SAADRF1 (TOT) | | | | | Buy | 04/04/12 | K | | |
| 97. -Tsakos Energy (TNP) | | | | | Buy | 01/23/12 | J | | |
| 98. -Ultrapar Particpacoes SA (UGP) | | | | | | | | | |
| 99. -Vanguard Total World Stock (VT) | | | | | | | | | |
| 100. -Verizon Communications (VZ) | | | | | | | | | |
| 101. -Vodafone (VOD) | | | | | Buy (add'l) | 01/06/12 | J | | |
| 102. -Wal-Mart DE CVSPN Adr F | | | | | Sold (part) | 12/20/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Wells Fargo & Co | | | | | | | | | |
| 104. -Yahoo (YHOO) | | | | | | | | | |
| 105. -Yamana Gold Incoo (AVY) | | | | | | | | | |
| 106. McVean Trading and Investment | B | Int./Div. | K | T | | | | | |
| 107. Farm 1 Dallas Co., IA | D | Rent | M | W | | | | | |
| 108. Farm 3 Dallas Co. IA | D | | L | W | | | | | |
| 109. Farm 5 Adair Co, IA | D | Rent | M | W | | | | | |
| 110. Farm 6 Adair Co, IA | D | Rent | M | W | | | | | |
| 111. Farm 7 Adair Co, IA | D | | L | W | | | | | |
| 112. Farm 8 Adair Co, IA | D | Rent | L | W | | | | | |
| 113. Farm 9 Adair Co, IA | D | Rent | L | W | | | | | |
| 114. Farm 10 Adair Co, IA | D | Rent | M | W | | | | | |
| 115. Farm 11 Adair Co, IA | D | Rent | K | W | | | | | |
| 116. Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 117. Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 118. Farm 18 Adams Co, IA | B | Rent | K | W | | | | | |
| 119. Farm 19 Taylor County, IA | B | Rent | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Farm 20 Decatur County, IA | B | Rent | J | W | | | | | |
| 121. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 122. Mineral Interest,Dallas County, IA | D | Royalty | J | T | | | | | |
| 123. Fidelity ExplorRoyalty Bowman Co, ND | C | Royalty | J | T | | | | | |
| 124. Liberty Banshares Inc (Y) | | | | | | | | | |
| 125. Ben Con Properties LLC Des Moines | | None | M | U | | | | | |
| 126. Towne View Apartments, LTD | B | Rent | L | U | | | | | |
| 127. Phoenix-Tuson Ranch LLC | A | Int./Div. | K | T | | | | | |
| 128. Safe Bulkers Inc. | | None | | | Sold | 01/02/12 | K | A | |
| 129. Provident Energy | B | Dividend | | | Sold | 01/02/12 | J | A | |
| 130. Brokerage 1 | D | Int./Div. | M | T | | | | | |
| 131. -Schwab money market | A | Interest | J | T | | | | | |
| 132. -Abbot Lab (ABT) | A | Dividend | | | Sold | 01/26/12 | J | | |
| 133. -Aecom Tech (ACM) | | None | K | T | | | | | |
| 134. -Alliance Resource (ARLP) | A | Dividend | | | Sold | 01/24/12 | K | | |
| 135. At & T (ATT) | A | Dividend | K | T | Buy | 01/26/12 | K | | |
| 136. -Cadence Pharm (CADX) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Cliffs Natural Resources (CLF) | A | Dividend | K | T | Buy | 02/13/12 | K | | |
| 138. -Crocs, Inc (CROX) | | None | J | T | Buy | 03/30/12 | K | | |
| 139. -Devon Energy (DVN) | A | Dividend | J | T | | | | | |
| 140. -Electronic Arts Inc (ERTS now EA) | | None | J | T | | | | | |
| 141. -Hatteras Financial (HTS) | C | Dividend | K | T | Buy | 03/09/12 | K | | |
| 142. | | | | | Buy (add'l) | 08/06/12 | J | | |
| 143. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 144. -International Paper (IP) | B | Dividend | K | T | | | | | |
| 145. -NVIDA (NVDA) | A | Dividend | J | T | | | | | |
| 146. -Qualcom (QCOM) | A | Dividend | K | T | Buy | 03/21/12 | K | | |
| 147. -Ruby Tuesday (RT) | | None | K | T | | | | | |
| 148. -Supervalue (SVU) | A | Dividend | J | T | | | | | |
| 149. -Vale SA ADR (VALE) | A | Dividend | J | T | | | | | |
| 150. Brokerage II | | | | | | | | | |
| 151. -ARM Holdings | A | Dividend | | | | | | | |
| 152. -Bank Amer Corp | A | Dividend | | | | | | | |
| 153. UBS Financial Services( (X) | | None | | | Closed | 03/26/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines   108 and 111----the income is crops

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544